✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN _____ DISTRICT OF _____ TEXAS

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| COLE UNDERWOOD | Case Number:   2:24-mj-00053-BR-1 |

| PRESIDING JUDGE<br>U.S. Magistrate Judge Lee Ann Reno | PLAINTIFF'S ATTORNEY<br>Calandra Woolam-DOJ | DEFENDANT'S ATTORNEY<br>Cristy J McElroy-FPD |
|---|---|---|
| DATE (S)<br>6/12/2024 | COURT REPORTER<br>Digital | COURTROOM DEPUTY<br>D. Aguilera |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 6/12/2024 | | | WITNESS FBI SA NATHAN NEWLAND SWORN AND TESTIFIED |
| 1 | | 6/12/2024 | YES | YES | COPY OF CASE COMPLAINT FILED ON 6/3/2024 |
| 2 | | 6/12/2024 | YES | YES | SEALED EXHIBIT |
| | X | 6/12/2024 | | | WITNESS LINDA UNDERWOOD SWORN AND TESTIFIED |
| | A | 6/12/2024 | YES | YES | LETTER FROM EMPLOYER |
| | B | 6/12/2024 | YES | NO | SEALED EXHIBIT |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.