IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

COLE PATRICK UNDERWOOD

No. **2- 24 C R 0 0 45 - 2**

## INDICTMENT

The Grand Jury Charges:

Count One
Enticement and Attempted Enticement of a Minor
(Violation of 18 U.S.C. § 2422(b))

From on or about November 1, 2023, to on or about June 4, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Cole Patrick Underwood**, defendant, did knowingly use a facility and means of interstate and foreign commerce, including a cellular telephone, to persuade, induce, entice and coerce, and attempt to do so, an individual who had not attained the age of eighteen years, to engage in sexual activity for which **Underwood** could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

**Cole Patrick Underwood**
**Indictment - Page 1**

<u>Count Two</u>
Receipt of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2) and (b))

From on or about November 1, 2023, to on or about June 4, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Cole Patrick Underwood,** defendant, did knowingly receive at least one visual depiction, that had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

**Cole Patrick Underwood**
**Indictment - Page 2**

Forfeiture Notice
(18 U.S.C. §§ 2253, 2428(b))

Upon conviction of any offense alleged in the Indictment, and pursuant to 18 U.S.C. §§ 2253 and 2428(b), defendant **Cole Patrick Underwood**, shall forfeit to the United States of America: (a) any visual depiction described in Section 2251, 2252A, 2252, 2252A, 2252B, or 2260 of Chapter 110, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from any offense alleged in the indictment; (c) any property, real or personal, used or intended to be used to commit or to promote the commission of any offense alleged in the indictment, and any property traceable to such property; and (d) any property, real or personal, used or intended to be used to commit or to facilitate the commission of any violation of Chapter 117; and (e) any property, real or personal, that constitutes or is derived from proceeds traceable to any violation of Chapter 117.

The above-referenced property subject to forfeiture includes, but is not limited to, an Apple Watch Ultra 2, SN: LFMKQ9GW2F, IMEI: 35816118455839; an Apple IPhone 15 Pro Max, SN: K93MYVX2NH, IMEI: 356371485976711; a black/grey Amazon tablet Model #T76N2P; an Apple MacBook Space Grey Laptop, SN: C02V70LNHTDD; a black SeaGate hard drive, SN: NA80T9HT; a red Apple Watch Series 7 with a grey band; and a white PlayStation 5, SN: AK431032281, all currently in the possession of law enforcement.

**Cole Patrick Underwood**
**Indictment - Page 3**

If any of the property described above, as a result of any act or omission of the defendant:

     a.     cannot be located upon the exercise of due diligence;

     b.     has been transferred or sold to, or deposited with, a third party;

     c.     has been placed beyond the jurisdiction of the court;

     d.     has been substantially diminished in value; or

     e.     has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 2253(b) and 2428(a), to seek forfeiture of any other property of the said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
for CALLIE WOOLAM
Assistant United States Attorney
Texas State Bar No. 24075306
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7564
Facsimile:   806-472-7394
E-mail:      callie.woolam@usdoj.gov

**Cole Patrick Underwood**
**Indictment - Page 4**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

COLE PATRICK UNDERWOOD

INDICTMENT

COUNT 1:    ENTICEMENT AND ATTEMPTED ENTICEMENT OF A
            MINOR
            Title 18, United States Code, Section 2422(b).

COUNT 2:    RECEIPT OF CHILD PORNOGRAPHY
            Title 18, United States Code, Sections 2252A(a)(2) and (b).
            FORFEITURE NOTICE
            (2 COUNTS + FORFEITURE)

A true bill rendered,

Amarillo _____ Foreperson
Filed in open court this 26th day of June, 2024

_____ Clerk

Defendant in federal custody.
Complaint Number 2:24-MJ-053-BR filed on June 3, 2024.

_____
UNITED STATES MAGISTRATE JUDGE